IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **PAUL HRYWNAK, JR.**, aka : Chapter **13**
      Paul Hrywnak, : Case No. **5:22-bk-01083**
          Debtor(s), :

## EXHIBIT TO VOLUNTARY PETITION

In addition to those bankruptcy filing listed in response to question 9 on the voluntary petition, I have filed the following bankruptcy cases in the last 8 years:

District     Middle District of Pennsylvania    When 03/23/2017     Case No. 5:17-bk-01134

I have examined this petition, including this Exhibit, and I declare under penalty of perjury that the information provided is true and correct.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,00, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

Dated: July 1, 2022                  /s/ Paul Hrywnak, Jr.
                                             **PAUL HRYWNAK, JR.,** Debtor