United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Paul Hrywnak, Jr.  
    Debtor

Case No. 22-01083-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jul 07, 2022     Form ID: pdf010     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Hrywnak, Jr., 14 O'Hara Road, Moscow, PA 18444-6351 |
| 5479585 | + | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5479586 | + | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5479587 | + | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5479589 | + | James C. Warmbrodt, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5479590 | + | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5479591 | + | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5479592 | #+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5479595 | + | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5479596 | + | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5479599 | | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5479601 | + | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5479602 | + | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5479604 | + | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5479583 | + | Email/Text: g20956@att.com | Jul 07 2022 18:41:00 | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5479582 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 07 2022 18:41:00 | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5479584 | + | Email/Text: bnc-capio@quantum3group.com | Jul 07 2022 18:41:00 | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5479588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2022 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5479593 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2022 18:48:42 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479594 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2022 18:48:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479597 | | Email/Text: bankruptcies@penncredit.com | Jul 07 2022 18:41:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5479598 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2022 18:41:00 | Pennsylvania Dep't of Revenue, PO Box 280946, |

| Recip ID | Bypass Reason | Name and Address | Date/Time | Recipient |
|---|---|---|---|---|
| 5480400 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | Jul 07 2022 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5479603 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Jul 07 2022 18:41:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5479605 | Email/Text: bankruptcy@uscbcorporation.com | | Jul 07 2022 18:41:00 | USCB Corporation, 101 Harrison St, Archbald PA 18403 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5479608 | *+ | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5479607 | *+ | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5479609 | *+ | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5479610 | *+ | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5479611 | *+ | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5479612 | *+ | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5479613 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5479614 | *+ | James C. Warmbrodt, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5479615 | *+ | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5479616 | *+ | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5479618 | * | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479619 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479617 | *+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5479620 | *+ | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5479621 | *+ | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5479622 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5479624 | * | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5479623 | *+ | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5479625 | *+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |
| 5479626 | *+ | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5479627 | *+ | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5479628 | * | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5479630 | *P++ | USCB CORPORATION, PO BOX 75, ARCHBALD PA 18403-0075, address filed with court:, USCB Corporation, 101 Harrison St, Archbald PA 18403 |
| 5479629 | *+ | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |
| 5479600 | ##+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |

TOTAL: 0 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Paul Hrywnak Jr. zac@fisherchristman.com, office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **PAUL HRYWNAK, JR.**, aka | : | Chapter **13** |
| Paul Hrywnak, | : | Case No. **5:22-bk-01083-MJC** |
| Debtor(s), | : | |
| | | |
| **PAUL HRYWNAK, JR.**, | : | |
| Movant(s), | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING** and | : | Motion to |
| All Parties listed on the mailing matrix | : | Extend Automatic Stay |
| filed with the Clerk, | : | |
| Respondent(s). | : | |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of Debtor's Motion to Extend Automatic Stay, Dkt. # 18 ("Motion"), and after a hearing held on July 7, 2022, it is hereby **ORDERED** that the Motion to Extend Automatic Stay be and is hereby **GRANTED**. It is further **ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 7, 2022