United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Paul Hrywnak, Jr.
    Debtor

Case No. 22-01083-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Hrywnak, Jr., 14 O'Hara Road, Moscow, PA 18444-6351 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5479585 | + | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5479586 | + | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5479587 | + | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5479589 | + | James C. Warmbrodt, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5479590 | + | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5479591 | + | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5479595 | + | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5479596 | + | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5479599 | | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5479601 | + | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5479602 | + | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5479604 | + | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5479583 | + | Email/Text: g20956@att.com | Feb 07 2023 18:40:00 | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5479582 | + | Email/Text: mnapoletano@ars-llc.biz | Feb 07 2023 18:40:00 | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5479584 | + | Email/Text: bnc-capio@quantum3group.com | Feb 07 2023 18:40:00 | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5490385 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 07 2023 18:40:00 | Deutsche Bank National Trust at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5479588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2023 18:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5479593 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2023 18:41:06 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479594 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2023 18:51:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479597 | | Email/Text: bankruptcies@penncredit.com | Feb 07 2023 18:40:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5479598 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

|  |  |  | Feb 07 2023 18:40:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
|---|---|---|---|---|
| 5480400 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2023 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5479603 |  | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 07 2023 18:40:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5479605 |  | Email/Text: bankruptcy@uscbcorporation.com | Feb 07 2023 18:40:00 | USCB Corporation, 101 Harrison St, Archbald PA 18403 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5479608 | *+ | AT&T Mobility II LLC, Karen A. Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 5479607 | *+ | Ability Recovery Services, PO Box 4031, Wyoming PA 18644-0031 |
| 5479609 | *+ | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5479610 | *+ | Edward R. Davailus, 56 Prince Edward Dr., Covington Township, PA 18424-7874 |
| 5479611 | *+ | Fidelity Deposit & Discount, 338 N Washington Ave, Scranton, PA 18503-1554 |
| 5479612 | *+ | Geisinger, 100 North Academy Ave, Danville PA 17822-0001 |
| 5479613 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5479614 | *+ | James C. Warmbrodt, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5479615 | *+ | Joseph E. Mariotti, Esquire, 730 Main Street, Moosic, PA 18507-1024 |
| 5479616 | *+ | Kathy Dellangelo, 485 Dolored Drive, Collegeville, PA 19426-1121 |
| 5479618 | * | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479619 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479617 | *+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5479620 | *+ | Mariotti Building Products, Inc., One Lewis Industrial Drive, Old Forge, PA 18518-2058 |
| 5479621 | *+ | Modern Gas Sales Inc., PO Box 1, Avoca, PA 18661-0001 |
| 5479622 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5479624 | * | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 5479623 | *+ | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5479625 | *+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |
| 5479626 | *+ | Santarelli & Sons Oil Co., 443 N. Main Street, Peckville, PA 18452-2409 |
| 5479627 | *+ | Scranton Craftsmen, 930 Dunmore Street, Throop, PA 18512-1114 |
| 5479628 | * | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5479630 | *P++ | USCB CORPORATION, PO BOX 75, ARCHBALD PA 18403-0075, address filed with court:, USCB Corporation, 101 Harrison St, Archbald PA 18403 |
| 5479629 | *+ | United Check Cashing, 741 Oak Street, Scranton, PA 18508-1556 |
| 5479592 | ##+ | Landmark Community Bank, 2 S Main Street, Pittston PA 18640-1712 |
| 5479600 | ##+ | Ronald A. Pickenheim, 336 State Route 690, Springbrook Township, PA 18444-6507 |

TOTAL: 0 Undeliverable, 24 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | |
| | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania  Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Brian C Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| D Brian Simpson | |
| | on behalf of Creditor IRS d.brian.simpson@usdoj.gov  Bethany.a.haase@usdoj.gov |
| J. Zac Christman | |
| | on behalf of Debtor 1 Paul Hrywnak  Jr. zac@fisherchristman.com, office@fisherchristman.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PAUL HRYWNAK, JR. | : | CASE NO. 5:22-bk-01083-MJC |
| AKA PAUL HRYWNAK, | : | |
|      Debtor. | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|      Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| PAUL HRYWNAK, JR. | : | |
| AKA PAUL HRYWNAK, | : | |
|      Respondent. | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, Dkt. #56 ("Motion"), no responses having been filed thereto, and after a hearing held on February 2, 2023, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy be and is hereby **DISMISSED WITH PREJUDICE**. Debtor is hereby **BARRED** from filing in this district for a period of **180 days** from the date of this order without prior court order.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 6, 2023